Cause No. W13-30479-S (A)                          83,618-03

People of The State Texas
VS                    RECEIVED IN            In The Supreme Court of
                 COURT OF CRIMINAL APPEALS    The State of Texas
Artis Wayne Chew
                      AUG 17 2015              No
                                             (To Be Supply By The
                     Abel Acosta, Clerk        Court)

## Petition For Writ Of Habeas Corpus

To The Honorable Judge of The Texas Supreme Court:
Comes Now Artis Wayne Chew, In The Above-Entitled & Indicment No & moves The Court To Grant Writ of Habeas & In support of Motion show:

### I

Artis Wayne Chew here in After. Petitioner is Illegally Restrained & confined at Jim Rudd Transfer Facility By Texas Department of Crimina Justice, By The Director of Correction of said TDCJ Here In After Respondent.

### II

Petitioner was Initially arrested May 31, 2013 & recieved 6 Year Probation & was arrested again on February 16 2015. March 13, 2015 Petitioner accepted 4 Years TDCJ Time. Petitioner Didn't waive any credits or agree to waive Any

### III

Petitioner Contends He's Illegally Restrained by TDCJ based on the fact that He was Not given credit for time served on Probation by extending His Incarceration Pas His Date For Parole & Discharge. Petitioner Hereby contends He's entitled To A credit of 16 Months Against his 48. This would also leave Petitioner eligible for Parole & short wave.

### IV

Petitioner Hereby states the Due Process clause of The 5th Amendment to the U.S. Contition & the Due Process & Equal Protection Clauses Prohibity

### V

### Prayer

Wherefore Petitioner Prays the Court agree Petitioner Rights, Order The Superior Court & TDCJ To apply The Time Credits Requested.

Respectfully